**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00373-CV

_____

**WARREN C. BARRY AND PEGGY N. BARRY, AND JULIAN P. BERRY, GENERAL CONTRACTOR, Appellants**

**V.**

**SURETEC INSURANCE COMPANY, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-05231**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss their appeal. Appellants did not include a certificate of conference advising whether appellee opposed the motion. Therefore, the Court held this motion for 10 days to permit appellee to respond. No response was filed.

Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R.

APP. P. 42.1(a), 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.